UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RAPID DEVELOPMENT SERVICES, INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV413 RWS |
| | ) | |
| ALSCO INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Peter Van Leunen and Kodner Watkins Muchnick & Wweigley, L.C.'s, motion to withdraw as counsel for Plaintiff [#19]. As no counsel has entered an appearance on behalf of Plaintiff since the motion to withdraw was filed, I will hold a hearing to discuss the matter. A representative for Plaintiff is required to attend the hearing.

Accordingly,

**IT IS HEREBY ORDERED** that a hearing will be held to discuss the motion to withdraw on **June 22, 2005 at 9:30 a.m.** in Courtroom 10 South.

Dated this 14th Day of June, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE